IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


| | |
|---|---|
| JOHN DILLARD, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 2:87cv1175-T |
| CITY OF CENTREVILLE, ) | (WO) |
| ) | |
| Defendant. ) | |

OPINION

By order entered on April 2, 2003 (Doc. No. 43), the
court granted the plaintiffs' motion for proceedings leading
to dismissal of this action, filed February 28, 2003 (Doc.
No. 41), to the extent that defendant City of Centreville
was "to notify the court by no later than May 28, 2004, as
to whether its single-member district plan has been
precleared."  The court further stated that, "If the plan
has been precleared by then, the court will then award
counsel for plaintiffs an attorney's fee of $ 500.00, and
this case will be dismissed."

On September 14, 2005 (Doc. No. 57), the City of Centreville filed with the court a notice from the Voting Section of the Civil Rights Division of the United States Justice Department indicating that the City of Centreville has obtained preclearance, as required by § 5 of the Voting Rights Act, as amended, 42 U.S.C.A. § 1973c. Accordingly, the plaintiffs are now entitled to an attorney's fee of $ 500.00 and this case is due to be dismissed.

An appropriate judgment will be entered.

DONE, this the 15th day of September, 2005.


      /s/ Myron H. Thompson
    UNITED STATES DISTRICT JUDGE