IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOHN DILLARD, et al., ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | |
|    v.  ) | CIVIL ACTION NO. |
| ) | 2:87cv1175-T |
| CITY OF CENTREVILLE, ) | (WO) |
| ) | |
|    Defendant. ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered this day, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

   (1) The plaintiffs shall have and recover from defendant City of Centreville the amount of $ 500.00 for attorney's fees.

   (2) This lawsuit is dismissed in all other respects.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**DONE, this the 15th day of September, 2005.**

**      /s/ Myron H. Thompson       
UNITED STATES DISTRICT JUDGE**